**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 33 MAL 2024

Respondent    :

:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

v.    :

EARL GALE,    :

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.